```
LISA REBECCA DEARMON          SUNBELT FEDERAL CREDIT
136 OAKWOOD PLACE             6885 US HWY 49
WAYNESBORO, MS 39367          HATTIESBURG, MS 39402


THOMAS C. ROLLINS, JR.        SUNBELT FEDERAL CU
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                6885 US HWY 49
JACKSON, MS 39236             HATTIESBURG, MS 39402


ADVANCE AMERICA               SYNCB/WOLF FURNITURE
1318 AZALEA DR                PO BOX 216
WAYNESBORO, MS 39367          APPOMATTOX, VA 24522


CITIZENS BANK                 TOYOTA FINANCIAL
24 PINE ST                    ATTN: BANKRUPTCY
SEBASTOPOL, MS 39359          PO BOX 259004
                              PLANO, TX 75025


EMILY ROBERTS
101 REID RD. LOT 16
LAUREL, MS 39440


FAMILY CHOICE
801 COURT STREET
WAYNESBORO, MS 39367


HEIGHTS FINANCE
ATTN: BANKRUPTCY
PO BOX1947
GREENVILLE, SC 29601


MERCHANTS ADJUSTMENT
ATTN: BANKRUPTCY
56 NORTH FLORIDA ST
MOBILE, AL 36607


MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808
```