Certificate Number: 17082-MSS-DE-039963371

Bankruptcy Case Number: 25-51060



17082-MSS-DE-039963371

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2025, at 11:11 o'clock AM MST, LISA R DEARMON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: August 10, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director