## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Lisa Rebecca Dearmon                                            CHAPTER 13
       Debtor                                                       CASE NO. 25-51060-KMS

## OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, First Heritage ("Objector"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

1. Objector holds a claim against the Debtor which is secured by a 2012 Ram 1500, VIN: 1C6RD6GP0CS248931 ("Property").

2. The amount owed on the Property is approximately $9,5210.24 plus interest.

3. Debtor's Chapter 13 Plan proposes to value the Property at $6,109.00 to with an interest rate of 10%.

4. The value of the Property which should be paid to Objector is approximately $7,312.50.

**WHEREFORE, PREMISES CONSIDERED,** Objector files its Objection to Chapter 13 Plan Confirmation and prays for a payment on its Property of $7,312.50 plus interest, and for such other and more general relief as is just.

                                                      Respectfully submitted,

                                                      **BENNETT LOTTERHOS SULSER**
                                                      **& WILSON, P.A.**

                                                      /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

David Rawlings at ecfnotices@rawlings13.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Lisa Rebecca Dearmon
136 Oakwood Place
Waynesboro, MS  39367

/s/ Charles Frank Fair Barbour