United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51060-KMS
Lisa Rebecca Dearmon  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Sep 30, 2025      Form ID: n031      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Rebecca Dearmon, 136 Oakwood Place, Waynesboro, MS 39367-3107 |
| 5545466 | + | B. Joey Hood II, Attorney at Law, PLLC, for Family Choice Financial Inc., Post Office Box 759, Ackerman, MS 39735-0759 |
| 5537593 | | Citizens Bank, 24 Pine St, Sebastopol, MS 39359 |
| 5537594 | + | Emily Roberts, 101 Reid Rd. Lot 16, Laurel, MS 39443-9684 |
| 5537595 | + | Family Choice Financial, Inc.-Waynesboro Branch, 801 Court St, Waynesboro, MS 39367-2429 |
| 5537599 | | Sunbelt Federal Credit, 6885 US Hwy 49, Hattiesburg, MS 39402 |
| 5537600 | | Sunbelt Federal Credit Union, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |
| 5537601 | + | SyncB/Wolf Furniture, Po Box 216, Appomattox, VA 24522-0216 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5537592 | + | Email/Text: bnc@teampurpose.com | Sep 30 2025 19:34:00 | Advance America, 1318 Azalea Dr, Waynesboro, MS 39367-2257 |
| 5542773 | + | Email/Text: bkinfo@ccfi.com | Sep 30 2025 19:34:00 | CCF of Mississippi LLC, 15 Bull Street Suite 200, Savannah, Ga 31401-2686 |
| 5567542 | + | Email/Text: bankruptcy@curo.com | Sep 30 2025 19:34:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5537596 | + | Email/Text: bankruptcy@curo.com | Sep 30 2025 19:34:00 | Heights Finance, Attn: Bankruptcy, Po Box1947, Greenville, SC 29602-1947 |
| 5568422 | | Email/Text: sheri@masinc.org | Sep 30 2025 19:33:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 5537597 | | Email/Text: sheri@masinc.org | Sep 30 2025 19:33:00 | Merchants Adjustment, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 5537598 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 30 2025 19:34:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5562347 | + | Email/Text: bncmail@w-legal.com | Sep 30 2025 19:33:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5537602 | ^ | MEBN | Sep 30 2025 19:31:16 | Toyota Financial, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 5565692 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2025 19:42:06 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: n031 | Total Noticed: 18 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Heritage |
| cr | *+ | Family Choice Financial, Inc. - Waynesboro Branch, 801 Court Street, Waynesboro, MS 39367-2429 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Waynesboro Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Charles F. F. Barbour | on behalf of Creditor First Heritage cbarbour@blswlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lisa Rebecca Dearmon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51060−KMS
**Chapter:** 13

**In re:**

Lisa Rebecca Dearmon
136 Oakwood Place
Waynesboro, MS 39367

### Notice of Entry of Order Confirming Plan

The Court entered an Order on September 30, 2025 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 30, 2025                    Danny L. Miller, Clerk of Court