OFFICE OF THE STANDING TRUSTEE
IN PROCEEDINGS UNDER CHAPTER 13 OF THE
UNITED STATES BANKRUPTCY CODE

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
TELEPHONE (601) 582-5011

DATE: October 03, 2025

LISA REBECCA DEARMON
136 Oakwood Place
Waynesboro, MS 39367

Case No. 25-51060 KMS

**RE:** **NEW PLAN PAYMENT: $389.62**
       **REASON: AGREED ORDER, DK#22, WITH FIRST HERITAGE, TO PAY A VALUE OF $7,312.50 PLUS 10% INTEREST FOR THE 2012 DODGE RAM 1500. INCREASE EFFECTIVE WITH THE PLAN PAYMENT DUE NOVEMBER 23, 2025.**

Dear Debtor:

Your Chapter 13 Plan payment has been changed to the above stated sum.

If you are paying direct, then your next monthly Plan payment after the date of this letter will have to be the above sum in order for your Plan payment to pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order is being sent to your employer and the additional sum necessary to increase your Plan payment to the above sum will be withheld from your wages.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/ DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTOR:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236