_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 1, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF:<br>  LISA REBECCA DEARMON<br>  136 Oakwood Place<br>  Waynesboro, MS  39367 | CHAPTER 13 PROCEEDING<br>25-51060 KMS<br><br>SSN:  XXX-XX-5129 |

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  TRACTOR SUPPLY
  1010 Industrial Pkwy
  Saraland, AL  36571

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net